IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERNATIONAL RESOURCE RECOVERY, INC.,<br><br>Plaintiff,<br>V.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-154C<br>(Judge Williams) |

STATUS REPORT

By Order dated 12/27/2005, the Court granted Plaintiff until March 20, 2006 to file a joint status report to determine how to proceed with its CDA Claim.

Counsel for Plaintiff attempted to contact bankruptcy counsel via First Class Mail on February 22, 2006, asking whether it wishes to proceed on the CDA claim. This is in addition to the numerous times Plaintiff had previously attempted to contact the bankruptcy trustee and his counsel including March, 2005, on May 26, 2005, June 15, 2005, and on September 6, 2005 in order to ascertain how to proceed on the CDA claim. Back in May, 2005, the counsel for the trustee stated that the trustee advised that he was disinclined to pursue the claim but would advise formally. He has since never responded to Plaintiff's inquiries and has failed to respond to Plaintiff's latest inquiry. All correspondences were forwarded to trustees counsel, Jerrold K. Guben, Esq. Reinwald O'Connor & Playdon LLP, Pacific Guardian Center – Makai Tower, 733 Bishop Street 24th Fl, Honolulu, HI 96813-4070; sherrie@roplaw.com, and all correspondences have gone unanswered.

In accordance with Bankruptcy counsel's stated disinclination to proceed with the CDA claim in May, 2005 and bankruptcy counsel's failure to respond to numerous

correspondences from Plaintiff's counsel, Plaintiff now requests to formally withdraw the CDA claim.

The Government does not contest the recitation of the facts above. However, because the real party at interest is no longer IRRI but, rather, the bankruptcy trustee, IRRI may not voluntarily dismiss this matter. Accordingly, the Government respectfully requests that the Court issue an order directing at the trustee to respond by a date certain concerning whether the trustee will pursue the CDA claim. Should the trustee not respond or indicate an intent not to pursue the CDA claim, then the CDA claim should be dismissed and final judgment entered for the United States.

Dated: March 16, 2006

Respectfully submitted,

s/
Sam Z. Gdanski
Attorney for the Plaintiff
International Resource Recovery, Inc.
3 Rockwood Lane
Suffern, NY 10901
Ph: (845) 362-4800
Fax: (845) 364-4700

Of Counsel:
s/ Scott Gdanski

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
TODD M. HUGHES
Assistant Director

s/
STEPHEN C. TOSINI
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-5196
Fax (202) 514-7965

March 20, 2006

Attorneys for Defendant